HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 21-5184 BHS |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO HOLD ARRAIGNMENT HEARING VIA VIDEO TELECONFERENCE |
| SEAN COITEUX, | |
| Defendant. | |

Based on the Defendant's Motion and a review of the files and records in this case, which are hereby incorporated by reference and adopted as findings of the Court,

NOW, THEREFORE, IT IS HEREBY ORDERED that the arraignment in this matter be scheduled for February 13, 2023 at 11:00 a.m. via videoconference.

DONE this 3rd day of February, 2023.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

*s/ John R. Carpenter*
Assistant Federal Public Defender
Attorney for Sean Coiteux

ORDER GRANTING MOTION TO HOLD
ARRAIGNMENT HEARING VIA VIDEO
CONFERENCE
(*United States v. Coiteux, et al.*; CR 21-5184 BHS) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA  98101
(206) 553-1100